## IN THE SUPREME COURT OF THE STATE OF DELAWARE

COY BAILEY, §
§ No. 503, 2016
    Defendant Below, §
    Appellant, §
§
§ Court Below - Superior Court
v. § of the State of Delaware
§
STATE OF DELAWARE, § ID. No. 85000061DI
§
    Plaintiff Below, §
    Appellee. §

Submitted: April 5, 2017
Decided: April 12, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

### ORDER

This 12th day of April 2017, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated September 21, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_James T. Vaughn_
Justice